In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-23-00355-CR
_____

MARVIN GABRIEL HOLMES, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
Jefferson County, Texas
Trial Cause No. F21-37984

**MEMORANDUM OPINION**

A jury found Marvin Gabriel Holmes guilty of evading arrest or detention with previous convictions, a state jail felony. *See* Tex. Penal Code Ann. § 38.04(a), (b)(1)(A). The jury assessed Holmes's punishment as a prior felony offender at six years of imprisonment. *See id.* § 12.425(b).

1

Holmes's appellate counsel filed an *Anders* brief that presents counsel's professional evaluation of the record and concludes the appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). On April 5, 2024, we granted an extension of time for Holmes to file a pro se brief. Holmes filed a pro se brief in response.

The Court of Criminal Appeals has held that when a court of appeals receives an Anders brief and a later-filed pro se response, an appellate court has two choices. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005). "It may determine that the appeal is wholly frivolous and issue an opinion explaining that it has reviewed the record and finds no reversible error[;] [o]r, it may determine that arguable grounds for appeal exist and remand the cause to the trial court so that new counsel may be appointed to brief the issues." *Id.* (citations omitted).

Upon receiving an *Anders* brief, a court must conduct a full examination of the record to determine whether the appeal is wholly frivolous. *Penson v. Ohio*, 488 U.S. 75, 80 (Tex. 1988) (citing *Anders*, 386 U.S. at 744). We have reviewed the entire record, counsel's brief, and Holmes's pro se brief, and we have found no reversible error, and we conclude the appeal is wholly frivolous. *See Bledsoe*, 178 S.W.3d at 826–27. Therefore, we find it unnecessary to order appointment of new

2

counsel to re-brief the appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

W. SCOTT GOLEMON
Chief Justice

Submitted on June 5, 2024
Opinion Delivered June 19, 2024
Do Not Publish

Before Golemon, C.J., Horton and Wright, JJ.

---

[1]Holmes may challenge our decision by filing a petition for discretionary review. *See* Tex. R. App. P. 68.1.